IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
    JIMMIE D. HINE, ) Case No: 09-15984-WV
    JACKIE S. HINE, )
                            ) Chapter 7
        Debtors. )

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Claim No. 6<br>PYOD LLC its successors and assigns as assignee of Citibank | $4.50 |
| Claim No. 7<br>PYOD LLC its successors and assigns as assignee of Citibank | $4.79 |
| Claim No. 10U<br>Oklahoma Tax Commission | $0.01 |
| Claim No. 12<br>American Express Centurion Bank | $0.28 |
| Claim No. 13<br>Recovery Management Systems Corporation | $0.19 |
| Claim No. 18<br>Chase Bank USA NA | $2.47 |
| Claim No. 20<br>Chase Bank USA NA | $3.17 |
| Claim No. 9-2U<br>Oklahoma Tax Commission | $0.20 |
| Total | $15.61 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $15.61, will be deposited with the clerk into unclaimed funds.

DATE: June 8, 2011                           s/ Lyle Nelson
                                                           Lyle R. Nelson, OBA#10914
                                                           Two Leadership Square
                                                           211 N. Robinson, Suite 1300
                                                           Oklahoma City, OK  73102
                                                           (405) 232-4021 Phone/(405) 232-3746 Fax
                                                           TRUSTEE

## CERTIFICATE OF SERVICE

     I hereby certify that on the 15th day of June, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Jennifer H. Kirkpatrick
Attorney Kenneth Lee Peacher
Attorney Karolina Roberts
Attorney Gilbert B. Weisman

     Further, I certify that on the 15thday of June, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

PYOD LLC its successors and assigns
as assignee of Citibank
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Oklahoma Tax Commission
Bankruptcy Section
120 N. Robinson, Suite 2000
Oklahoma City, OK 73102

American Express Centurion Bank
Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Recovery Management Systems Corporation
For GE Money Bank
25 SE 2nd Ave Ste 1120
Miami, FL 33131

Chase Bank USA NA
PO Box 15145
Wilmington, DE 19850-5145

                                                s/ Lyle Nelson
                                                Lyle R. Nelson